Nos. 19-72109 & 19-72280

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

CENTER FOR FOOD SAFETY, et al.,
*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Respondents*.

On Petitions for Review of Final Agency Action of the
United States Environmental Protection Agency

**JOINT MOTION TO EXTEND DEADLINE FOR FILING PETITION FOR REHEARING**

Petitioners Pollinator Stewardship Council, American Beekeeping Federation, Jeffrey S. Anderson, Center for Food Safety, and Center for Biological Diversity (collectively, "Petitioners") and Respondents United States Environmental Protection Agency and Michael Regan, in his official capacity as Administrator (collectively, "Respondents") (hereinafter "the Parties") jointly move under Federal Rule of Appellate Procedure 26(b) to extend the deadline for filing a petition for rehearing

by two weeks from March 6, 2023, to March 20, 2023. The Court has already granted one extension. ECF Nos. 187, 189, 193. Respondent-Intervenor Corteva does not oppose this motion. *See* Ninth Circuit Rule 27-1(b); *see also* Committee Note 5. There is good cause for the extension request and it is not being made for the purpose of undue delay. Accordingly, the Parties respectfully request that the Court grant their motion and extend the deadline to file a rehearing petition by two weeks to and including March 20, 2023.

In support of this motion, the Parties state the following:

1. In 2019, EPA approved registration amendments for sulfoxaflor. Shortly thereafter, Petitioners filed petitions for review challenging these amendments. Case Nos. 19-72109 (lead) & 19-72280. Center for Food Safety and Center for Biological Diversity challenged the registration amendments on Endangered Species Act ("ESA") and Federal Insecticide, Fungicide, Rodenticide Act ("FIFRA") grounds. *See* Case No. 19-72109 (lead), ECF Nos. 1, 71. Petitioners Pollinator Stewardship Council, American Beekeeping Federation, and Jeffrey S. Anderson challenged the actions on FIFRA grounds alone. ECF No. 37.

The petitions for review were consolidated. ECF No. 18. The registrant, Corteva, intervened in support of EPA. ECF No. 14.

    2.    On December 21, 2022, the Court issued an opinion and order granting the petitions, in part, and denying, in part, and remanding to EPA without vacatur. ECF No. 182.

    3.    On January 23, 2023, Respondents filed a motion for clarification of the Court's remedy, ECF No. 188, and an extension motion requesting that the deadline to file any rehearing petition be four weeks after the Court adjudicates Respondents' motion for clarification, ECF No. 187. On January 26, 2023, Petitioners Center for Food Safety and Center for Biological Diversity also filed an unopposed extension motion requesting that the deadline be March 6, 2023 or whatever post-clarification motion adjudication date the Court set for Respondents' extension motion, whichever date was later. ECF 189-1. On February 6, 2023, the Court issued an order granting both motions and extending the deadline to file a rehearing petition to and including March 6, 2023. ECF No. 193.

4. There is good cause for this extension request. *See* Fed. R. App. P. 26(b). Additional time would be useful for the Parties to consider and prepare, if necessary, a motion for rehearing.

5. The Parties are jointly requesting this two-week extension. Respondent-Intervenor Corteva does not oppose this motion. No party will be harmed by the brief extension proposed here.

6. This request is not being made for the purpose of undue delay.

For the foregoing reasons, the Parties jointly move this Court to extend the deadline to file a petition for rehearing by two weeks, to and including March 20, 2023.

Respectfully submitted,

Dated: February 24, 2023

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

S. JAY GOVINDAN, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Briena L. Strippoli*
BRIENA L. STRIPPOLI
MEGHAN GREENFIELD
U.S. Department of Justice
Environment & Natural Resource Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611
Tel: (202) 305-0339
Fax: (202) 305-0275
Briena.Strippoli@usdoj.gov

*Attorneys for Respondents*

Dated: February 24, 2023  */s/ George Andreas Kimbrell*
STEPHANIE M. PARENT
GEORGE ANDREAS KIMBRELL
AMY LUISA VAN SAUN
SYLVIA SHIH-YAU WU
Center for Food Safety
2009 NE Alberta Street, Suite 207
Portland, OR 97211
Tel: (971) 271-7372
gkimbrell@centerforfoodsafety.org

*Attorneys for Petitioners Center for Food Safety and Center for Biological Diversity*

Dated: February 24, 2023  */s/ Gregory Cahill Loarie*
GREGORY CAHILL LOARIE
GREGORY MUREN
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
gloarie@earthjustice.org

*Attorneys for Petitioners Pollinator Stewardship Council, American Beekeeping Federation, and Jeffrey S. Anderson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2023, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause a copy to be served upon all counsel of record.

                                                */s/ Briena L. Strippoli*
                                                BRIENA L. STRIPPOLI
                                                Attorney for Respondents