Nos. 19-72109 & 19-72280

———————————————

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

———————————————

CENTER FOR FOOD SAFETY, et al.,
*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Respondents*.

———————————————

On Petitions for Review of Final Agency Action of the
United States Environmental Protection Agency

———————————————

**SECOND JOINT MOTION TO EXTEND DEADLINE FOR FILING
PETITION FOR REHEARING**

———————————————

Petitioners Pollinator Stewardship Council, American Beekeeping
Federation, Jeffrey S. Anderson, Center for Food Safety, and Center for
Biological Diversity (collectively, "Petitioners") and Respondents United
States Environmental Protection Agency and Michael Regan, in his
official capacity as Administrator (collectively, "Respondents")
(hereinafter "the Parties") jointly move under Federal Rule of Appellate
Procedure 26(b) to extend the deadline for filing a petition for rehearing

by three weeks from March 20, 2023, to April 10, 2023. The Court has already granted two extensions. ECF Nos. 187, 189, 193, 196. Respondent-Intervenor Corteva does not oppose this motion. *See* Ninth Circuit Rule 27-1(b); *see also* Committee Note 5. There is good cause for the extension request and it is not being made for the purpose of undue delay. Accordingly, the Parties respectfully request that the Court grant their motion and extend the deadline to file a rehearing petition by three weeks to and including April 10, 2023.

In support of this motion, the Parties state the following:

1. In 2019, EPA approved registration amendments for sulfoxaflor. Shortly thereafter, Petitioners filed petitions for review challenging these amendments. Case Nos. 19-72109 (lead) & 19-72280. Center for Food Safety and Center for Biological Diversity challenged the registration amendments on Endangered Species Act ("ESA") and Federal Insecticide, Fungicide, Rodenticide Act ("FIFRA") grounds. *See* Case No. 19-72109 (lead), ECF Nos. 1, 71. Petitioners Pollinator Stewardship Council, American Beekeeping Federation, and Jeffrey S. Anderson challenged the actions on FIFRA grounds alone. ECF No. 37.

The petitions for review were consolidated. ECF No. 18. The registrant, Corteva, intervened in support of EPA. ECF No. 14.

2. On December 21, 2022, the Court issued an opinion and order granting the petitions, in part, and denying, in part, and remanding to EPA without vacatur. ECF No. 182.

3. On January 23, 2023, Respondents filed a motion for clarification of the Court's remedy, ECF No. 188, and an extension motion requesting that the deadline to file any rehearing petition be four weeks after the Court adjudicates Respondents' motion for clarification, ECF No. 187. On January 26, 2023, Petitioners Center for Food Safety and Center for Biological Diversity also filed an unopposed extension motion requesting that the deadline be March 6, 2023 or whatever post-clarification motion adjudication date the Court set for Respondents' extension motion, whichever date was later. ECF 189-1. On February 6, 2023, the Court issued an order granting both motions and extending the deadline to file a rehearing petition to and including March 6, 2023. ECF No. 193.

4. On February 24, 2023, Petitioners and Respondents filed a joint motion to extend the deadline for filing a petition for rehearing by

two weeks, to and including March 20, 2023. ECF No. 195. This motion was unopposed by Respondent-Intervenor Corteva. *Id.* On February 27, 2023, the Court granted the joint motion and extended the deadline to file a petition for rehearing to March 20, 2023. ECF No. 196.

5.     There is good cause for this extension request. *See* Fed. R. App. P. 26(b). On February 23, 2023, EPA issued a notice of receipt and request for comments in response to applications to register new uses for pesticide products containing sulfoxaflor. *See* 88 Fed. Reg. 11,437 (Feb. 23, 2023). Additional time would be useful to allow Petitioners to provide comments on these applications. Further, additional time would be useful for the Parties to consider and prepare, if necessary, a motion for rehearing.

6.     The Parties are jointly requesting this three-week extension. Respondent-Intervenor Corteva does not oppose this motion. No party will be harmed by the brief extension proposed here.

7.     This request is not being made for the purpose of undue delay.

For the foregoing reasons, the Parties jointly move this Court to extend the deadline to file a petition for rehearing by two weeks, to and including April 10, 2023.

Respectfully submitted,

Dated: March 10, 2023

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources
Division

S. JAY GOVINDAN, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Briena L. Strippoli*
BRIENA L. STRIPPOLI
MEGHAN GREENFIELD
U.S. Department of Justice
Environment & Natural Resource
Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611
Tel: (202) 305-0339
Fax: (202) 305-0275
Briena.Strippoli@usdoj.gov

*Attorneys for Respondents*

Dated: March 10, 2023          */s/ George Andreas Kimbrell*
                               GEORGE ANDREAS KIMBRELL
                               STEPHANIE M. PARENT
                               AMY LUISA VAN SAUN
                               SYLVIA SHIH-YAU WU
                               Center for Food Safety
                               2009 NE Alberta Street, Suite 207
                               Portland, OR 97211
                               Tel: (971) 271-7372
                               gkimbrell@centerforfoodsafety.org

                               *Attorneys for Petitioners Center for
                               Food Safety and Center for Biological
                               Diversity*


Dated: March 10, 2023          */s/ Gregory Cahill Loarie*
                               GREGORY CAHILL LOARIE
                               GREGORY MUREN
                               Earthjustice
                               50 California Street, Suite 500
                               San Francisco, CA 94111
                               Tel: (415) 217-2000
                               gloarie@earthjustice.org

                               *Attorneys for Petitioners Pollinator
                               Stewardship Council, American
                               Beekeeping Federation, and Jeffrey S.
                               Anderson*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2023, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause a copy to be served upon all counsel of record.

*/s/ Briena L. Strippoli*
BRIENA L. STRIPPOLI
Attorney for Respondents